Prob 12
(Rev 3/93)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Donald Hammond                                   Docket No. 02-00024-001

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Donald Hammond, who was placed on supervision by the Honorable Gary L. Lancaster, sitting in the Court at Pittsburgh, Pennsylvania, on the 30th day of September 2002, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall pay a special assessment of $100.
- Shall pay restitution in the amount of $2,875.
- Shall submit to urinalysis as directed by the probation officer and shall participate in a substance abuse treatment program, if necessary.
- Shall provide the probation officer with access to any requested financial information.
- Shall not incur new credit charges or open additional lines of credit without approval of the probation officer, unless he is in compliance with the restitution payment schedule.
- Shall cooperate in the collection of DNA, as directed by the probation officer.

09-30-02:   Bank Robbery (2 counts); 48 months' imprisonment, followed by 3 years' supervised release
02-23-06:   Released to supervision; Currently supervised by U.S. Probation Officer John P. Kuklar.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that the releasee was ordered to pay restitution in the amount of $2,875. To date, the releasee has failed to pay any amount of restitution.

U.S.A. vs. Donald Hammond
Docket No. 02-00024-001
Page 2

PRAYING THAT THE COURT WILL ORDER that the term of supervised release imposed at Criminal No. 02-00024-001 be allowed to expire as scheduled with the restitution due and owing and the case be closed.

ORDER OF COURT

Considered and ordered this 14th day of Jan., 2009 and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 12, 2008

_____
John P. Kuklar
U.S. Probation Officer

_____
Roselyn Gerson
Supervising U.S. Probation Officer

Place: Pittsburgh, Pennsylvania